UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANESSA JOY MOODY,

        Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2024

24-CV-07647 (LGS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Clerk of Court is directed to mail this Order, as well as the orders at Dkts. 3, 4, 7, and 8, to plaintiff at her updated address.

Dated: New York, New York
       November 22, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**