UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VANESSA JOY MOODY,
                             Plaintiff,

          -against-

COMMISSIONER OF SOCIAL SECURITY,
                             Defendant.
------------------------------------------------------------X

24 Civ. 7647 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, pro se Plaintiff filed this case on October 4, 2024.

    WHEREAS, the Order, issued October 24, 2024, referred this case to Magistrate Judge Barbara Moses, and directed the parties to discuss whether they are willing to consent to conducting all further proceedings before Judge Moses.

    WHEREAS, Defendant reportedly has attempted to contact Plaintiff several times via telephone and mail. Plaintiff reportedly has not responded to Defendant's communications or otherwise pursued her claims.

    WHEREAS, the Order, dated February 19, 2025, directed Plaintiff to show cause why this action should not be dismissed for failure to prosecute by February 28, 2025.

    WHEREAS, Plaintiff did not show cause or otherwise respond to the Order. It is hereby

    **ORDERED** that this action is dismissed for failure to prosecute. *See In re Archibald,* No. 23 Civ. 10462, 2024 WL 2093644, at *3 (S.D.N.Y. May 9, 2024) (dismissing a case where Plaintiff failed to communicate with the court for five months).

    The Clerk of Court is respectfully directed to close the case.

Dated: March 3, 2025
       New York, New York

                                                  LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE