USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/10/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANESSA JOY MOODY,

    Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

24-CV-07647 (LGS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Plaintiff's brief was due on June 23, 2025. (Dkt. 29.) That date has come and gone, and plaintiff has not filed a brief. In light of plaintiff's pro se status, her deadline to file a brief is EXTENDED to **July 25, 2025**. Should plaintiff fail to file her brief before that date, defendant's brief will remain due on **August 29, 2025**. (*See id.*)

Dated: New York, New York
       July 10, 2025

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**