USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   02/11/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANESSA JOY MOODY,

      Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

24-CV-7647 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Plaintiff having missed the deadline to reply to the Commissioner's memorandum in opposition of Plaintiff's request for review of a Social Security decision, it is hereby ORDERED, *sua sponte*, that the deadline for plaintiff's response is extended to **February 25, 2026**.

Plaintiff may serve and file her papers in reply to the Commissioner's memorandum on or before February 25, 2026. No further extensions will be granted absent compelling circumstances. Plaintiff is reminded that all letters and other communications with the Court from pro se parties must be submitted to the Pro Se Intake Unit, Room 105, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007, telephone (212) 805-0175. Plaintiff is also reminded that the Pro Se Intake Unit may be of assistance in connection with court procedures.

The Clerk of the Court is respectfully directed to mail a copy of this Order to plaintiff.

Dated: New York, New York
      February 11, 2026        **SO ORDERED**.

**BARBARA MOSES**
**United States Magistrate Judge**