**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
 VANESSA JOY M.,

                                Plaintiff,                    24 **CIVIL** 7647 (GRJ)

      -v-                                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                               Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Decision and Order dated March 9, 2026, the Commissioner's request for

judgment on the pleadings GRANTED, this case is DISMISSED; accordingly, the case is closed.

**Dated:**  New York, New York

      March 10, 2026

                                          **TAMMI M. HELLWIG**
                                      _____
                                          **Clerk of Court**

                        **BY:**               K. mango

                                        _____
                                          **Deputy Clerk**